IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CIVIL ACTION |
| v. | : | |
| RICKY B. MILBOURNE | : | NO. 02-3673 |

### ORDER

AND NOW, this _____ day of August, 2002, it appearing that petitioner has filed a petition for Habeas Corpus under 28 U.S.C. §2241, and

it further appearing that petitioner did not tender the required $5.00 filing fee, and,

it further appearing that petitioner has not requested leave to proceed in forma pauperis, it is hereby

ORDERED that the Clerk shall promptly furnish petitioner with the in forma pauperis form, and petitioner shall <u>either</u> correctly complete and return it to the Clerk of Court within thirty (30) days, <u>or</u> in the alternative, tender the required $5.00 filing fee to the Clerk of Court within thirty (30) days, or else this action will be dismissed.

_____
RONALD L. BUCKWALTER, J.