IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CIVIL ACTION |
| v. | : | |
| RICKY B. MILBOURNE | : | NO. 02-3673 |

## ORDER

AND NOW, this          day of September, 2002, it appearing that on June 7, 2002, petitioner has filed the above-captioned petition for Habeas Corpus under 28 U.S.C. §2241, and

it further appearing that petitioner did not tender the required $5.00 filing fee and did not request leave to proceed in forma pauperis, and that on August 12, 2002, this court Ordered petitioner to correct this situation within thirty days, or else this petition would be dismissed, and

it further appearing that petitioner has not responded to the court's Order of August 12, 2002, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

RONALD L. BUCKWALTER, J.